IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MIEL SANTIAGO,

*Petitioner*,

v.

ALLEGHENY COUNTY JAIL, *et al*,

*Respondents*.

Civil Action No. 2:25-cv-1410

Hon. William S. Stickman IV
Hon. Maureen P. Kelly

**ORDER OF COURT**

*Pro se* Petitioner Miel Santiago ("Santiago") was detained in the Allegheny County Jail in September 2025 when he filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Due to multiple deficiencies, United States Magistrate Judge Maureen P. Kelly issued a Deficiency Order. (ECF No. 2). Santiago failed to comply with the Deficiency Order as well as a subsequent Order to Show Cause. (ECF No. 3). Magistrate Judge Kelly issued a Report and Recommendation in which, after considering and weighing the *Poulis*[1] factors, she recommended dismissal of the case without prejudice due to Santiago's failure to prosecute. (ECF No. 4). Santiago was provided the opportunity to file objections, and no objections have been filed.

AND NOW, this 21 day of September 2026, the Court hereby ADOPTS Magistrate Judge Kelly's Report and Recommendation as its Opinion. It concurs with her thorough legal

[1] In *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), the United States Court of Appeals for the Third Circuit set forth a six-factor balancing test to guide a district court in determining whether a case should be dismissed for failure to prosecute.

analysis and conclusions. The Court hereby ORDERS that the habeas petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE